**FILED**

December 7, 2018

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL BRANDON SPILLERS, )<br>)<br>Defendant. ) | Case No. 2:18MJ00244-AC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL BRANDON SPILLERS , Case No.  2:18MJ00244-AC  , Charge  18USC § § 922(g)(f)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __X__ Unsecured Appearance Bond $ 50,000.00

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  December 7, 2018  at  3:14 pm  .

        By  /s/ Allison Claire/s/ Allison Claire
            Allison Claire
            United States Magistrate Judge

Copy 2 - Court