| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MIA CRAGER, #300172 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | MICHAEL SPILLERS |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00263-GEB | |
| | ) | | |
| Plaintiff, | ) | **UNOPPOSED MOTION AND ORDER FOR** | |
| | ) | **MODIFICATION OF CONDITIONS OF** | |
| vs. | ) | **PRETRIAL RELEASE** | |
| | ) | | |
| MICHAEL SPILLERS, | ) | Hon. Carolyn Delaney | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

Mr. Spillers is currently on pretrial release in this district. He resides in Susanville on the same plot of land with his extended family and lives with his two children. On December 6, 2018, Mr. Spillers made his initial appearance. The detention hearing took place on December 7, 2018, when the magistrate judge ordered him released on a $50,000 unsecured bond co-signed by his mother.

At the detention hearing, defense counsel proffered that Mr. Spillers suffered substance abuse issues in the past but that he had recently quit – entirely on his own without any treatment. Defense counsel further proffered that despite being clean at that time, Mr. Spillers had requested residential treatment, because he recognized that recovery is a process and that he would like to build the skills he needs to stay sober in the long term. The magistrate judge deferred to the Pretrial Service Officer's evaluation of what type of treatment to put Mr. Spillers in. Upon his release, Mr. Spillers was placed on outpatient treatment.

Outpatient treatment has continued, and the Pretrial Services Officer, Renee Basurto,

reports that he is doing well in treatment. Mr. Spillers drug tests regularly and has never had a dirty test. Despite never being confronted with a dirty test, on one occasion Mr. Spillers voluntarily admitted to Officer Basurto that he had used two opiate pills on March 7, 2019. Officer Basurto informed the parties and the Court. Mr. Spillers has continued to comply with drug testing since then. He has not used any illegal substance since then and still has had no dirty tests.

On April 3, 2019, defense counsel and counsel for the government received an email from Officer Basurto indicating that Mr. Spillers was again requesting the opportunity to participate in inpatient treatment (just as he had at his initial appearance). Defense counsel spoke with Officer Basurto, who indicated that Mr. Spillers was overall doing well on supervision and that she was very happy that he was being forthcoming and honest with her about his struggles with substance abuse. She indicated that she would like to put Mr. Spillers in Wellspace. The government does not object to Mr. Spillers's request to be placed into residential treatment.

Therefore, Mr. Spillers moves the court to modify the special conditions of his release (Dkt. #8) as follows:

Replace condition #16 with:

***You must participate in the substance abuse treatment program at Wellspace Residential inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;***

  a. ***A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing.***

Add to existing condition #14 as follows:

***While at the residential treatment facility you will not be subject to location monitoring. However, upon successful completion you must again be subject to*** participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial

| | |
|---|---|
| 1 | Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; |
| 2 | |
| 3 | |

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: April 12, 2019 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Mia Crager*<br>MIA CRAGER<br>Assistant Federal Defender<br>Attorney for MICHAEL SPILLERS |

# **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Conditions of Release (Dkt. #8) Numbers 14 and 16 for defendant, Michael Spillers, will be modified as follows:

Replace condition #16 with:

*You must participate in the substance abuse treatment program at Wellspace Residential inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;*

   a. *A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing.*

Add to existing condition #14 as follows:

*While at the residential treatment facility you will <u>not</u> be subject to location monitoring. However, upon successful completion you must again be subject to* participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

All other conditions of pretrial release shall remain in force.

The Amended Special Conditions of Release are hereby adopted.

Dated: April 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE