HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
MICHAEL BRANDON SPILLERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00263-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER ) TO CONTINUE STATUS CONFERENCE |
| vs. | ) Date: May 10, 2019 |
| MICHAEL BRANDON SPILLERS, | ) Time: 9:00 a.m. ) Judge: Garland E. Burrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Michael Brandon Spillers, that the status conference, currently scheduled for May 10, 2019, be continued to August 16, 2019 at 9:00 a.m.

Defense counsel needs time to review the discovery with her client, discuss potential resolutions, and investigate the facts in this case. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 16, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1 | Counsel and the defendant also agree that the ends of justice served by the Court granting
2 | this continuance outweigh the best interests of the public and the defendant in a speedy trial.
3 | Respectfully submitted,
4 | Dated: May 8, 2019    HEATHER E. WILLIAMS
    Federal Defender

    /s/ *Mia Crager*
    MIA CRAGER
    Assistant Federal Defender
    Attorney for Defendant
    MICHAEL BRANDON SPILLERS

Dated: May 8, 2019

    McGREGOR W. SCOTT
    United States Attorney

    /s/ *James Conolly*
    JAMES CONOLLY
    Assistant U.S. Attorney
    Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 16, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 10, 2019 status conference shall be continued until August 16, 2019, at 9:00 a.m.

Dated: May 9, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge