FILED
September 23, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
           Plaintiff,  )
v.  )
    )
MICHAEL BRANDON SPILLERS,  )
           Defendant.  )

Case No. 2:18CR00263-GEB

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL BRANDON SPILLERS, Case No. 2:18CR00263-GEB, Charge 21USC § 841(a), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial conditions as stated on the record.

**The defendant is to be released to the Pretrial Officer on 9/24/2019 @ 9:00 a.m.**

Issued at Sacramento, CA on September 23, 2019 at 8:27 am.

           By /s/ Allison Claire
               Allison Claire
               United States Magistrate Judge

Copy 2 - Court