HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, # 250376
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
MICHAEL SPILLERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>MICHAEL SPILLERS,<br><br>       Defendant. | Case No.  2:18-cr-00263-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: December 1, 2020<br>Time: 9:30 am<br>Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through  Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Lexi Negin, attorney for  Michael Brandon Spillers, that the status conference, currently scheduled for December 1, 2020, be continued to February 9, 2021 at 9:30 a.m.

Defense counsel requests additional time to investigate the facts and prepare for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 9, 2021;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

1   based upon continuity of counsel and defense preparation.

2

3                                         Respectfully submitted,

4   Dated: November 24, 2020           HEATHER E. WILLIAMS

5                                         Federal Defender

6                                         */s/ Lexi Negin*

7                                         LEXI NEGIN
                                        Assistant Federal Defender

8                                         Attorney for MICHAEL SPILLERS

9

10   Dated: November 24, 2020           McGREGOR W. SCOTT
                                        United States Attorney

11                                         */s/ James Conolly*

12                                         JAMES CONOLLY
                                        Assistant U.S. Attorney

13                                         Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2
3        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

4    stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

5    its order. The Court specifically finds the failure to grant a continuance in this case would deny

6    counsel reasonable time necessary for effective preparation, taking into account the exercise of

7    due diligence.  The Court finds the ends of justice are served by granting the requested

8    continuance and outweigh the best interests of the public and defendant in a speedy trial.

9        The Court orders the time from the date the parties stipulated, up to and including

10   February 9, 2021, shall be excluded from computation of time within which the trial of this case

11   must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

12   and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

13   is further ordered the December 1, 2020 status conference shall be continued until February 9,

14   2021, at 9:30 a.m.

15

16   DATED:  November 24, 2020                     /s/ John A. Mendez
                                              _____
17                                            THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28