HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
MICHAEL BRANDON SPILLERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BRANDON SPILLERS<br><br>Defendant. | Case No. 2:18-cr-00263-JAM<br><br>**MOTION TO WITHDRAW AS COUNSEL AND ORDER** |

    Undersigned counsel hereby respectfully moves to withdraw as counsel for Mr. Michael Brandon Spillers. From February 28, 2021 to March 1, 2021, the Office of the Federal Defender became aware of a legal conflict in this case and determined that our office could no longer represent Mr. Spillers because of it. The Criminal Justice Act ("CJA") Panel Administrator was notified and panel attorney Phillip Cozens has agreed to substitute in as counsel.

    Accordingly, pursuant to Local Rule 182(g), the Office of the Federal Defender respectfully moves this Honorable Court to permit it to withdraw as counsel and to order the CJA appointment of Mr. Cozens to represent Mr. Spillers *nunc pro tunc* to March 1, 2021. Mr. Cozens's full name and address are as follows:

    Frederick Philip Cozens
    Philip Cozens, Attorney at Law
    1007 Seventh St.
    Suite 208
    Sacramento, CA 95814
    916-443-1504
    Email: pcozens@aol.com

Dated: March 4, 2021

HEATHER E. WILLIAMS
Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
MICHAEL BRANDON SPILLERS

I accept the substitution and ask to be appointed.

Dated: March 4, 2021

*/s/ Phillip Cozens*
PHILLIP COZENS
Attorney at Law

I consent to the substitution.

Dated: March 4, 2021

*/s/ Michael Spillers*
MICHAEL SPILLERS
(Electronic signature affixed by Mia Crager per General Order 616)

## **ORDER**

IT IS SO ORDERED that the Office of the Federal Defender is relieved as counsel and that Phillip Cozens is appointed to represent Brandon Michael Spillers, *nunc pro tunc* to March 1, 2021.

DATED: March 5, 2021          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE