Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Michael Spillers

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18-CR-00263 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | STATUS HEARING |
| v. ) | |
| ) | |
| MICHAEL SPILLERS, ) | |
| . ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney James Conolly, Esq. and Defendant Michael Spillers through his attorney Philip Cozens, Esq. that:

    The Status Hearing currently scheduled for April 20, 2021 at 9:30 a.m. in Judge Mendez's Court be re-scheduled for April 27, 2021 at 9:30 a.m. in Judge Mendez's Court.  The stipulated continuance is necessary because Defendant Michael Spillers's attorney requires additional time to review the discovery in this matter.

    Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

STIPULATION TO CONTINUE STATUS HEARING  -1-

should be excluded from speedy trial calculations from April 20, 2021 through and including April 27, 2021.

    It is so stipulated.

Dated: April 19, 2021                  /s/ James Conolly, Esq.
                                       James Conolly, Esq.
                                       Assistant United States Attorney
                                       Eastern District of California


                                       /s/ Philip Cozens
                                       Philip Cozens
                                       Attorney for Defendant
                                       Michael Spillers

**ORDER**

    The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for April 20, 2021 at 9:30 a.m. in Judge Mendez's Court be re-scheduled for April 27, 2021 at 9:30 a.m. in Judge Mendez's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from April 20, 2021 through and including April 27, 2021.

Dated: April 19, 2021                  /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE