Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA  95814

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant Michael Spillers

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00263 JAM |
|---|---|---|
| Plaintiff, | ) | **ORDER REMOVING DEFENDANT FROM THE YUBA COUNTY JAIL AND TO DRUG REHABILITATION FACILITY** |
| v. | ) | |
| MICHAEL SPILLERS, | ) | |
| Defendant. | ) | |

## INTRODUCTION

On August 29, 2023, in the United States District Court for the Eastern District of California, Judge Menez sentenced Defendant to five months in the custody of the Bureau of Prison, but with the admonition that if a bed became available at a drug rehabilitation facility prior to the end of the imposed sentence, the Court would transfer Defendant to a drug rehabilitation facility under the supervision of the Probation Department.

## STATEMENT OF FACTS

The Probation Department by Tanisha Sanford notified Defendant's attorney and the United States Attorney's Office as follows: "There is a male bed available at Wellspace.  Judge Mendez mentioned during revocation proceedings that if a bed were available sooner, he would

ORDER REMOVING DEFENDANT FROM YUBA COUNTY JAIL    -1-

consider releasing Mr. Spillers to Wellspace sooner.  Can you prepare a release order?  As probation does not have such a document.  Thank you in advance."

In a subsequent email, Tanisha Sanford suggested that Defendant be released at a specific time and to the custody of his mother Brandi Pachecco for immediate and direct transportation to Wellspace.  Defendant's attorney spoke to Brandi Pachecco.  She informed him that she would be at the Yuba County Jail for his release on Tuesday, October 17 at 4:00 p.m.

**ORDER**

The Court, having been notified that there is a bed available for Defendant in Wellspace, a drug rehabilitation Center utilized by the United States Probation Department, for the Eastern District of California, hereby orders Defendant Spillers on **October 17, 2023**, **RELEASED** from incarceration in the Yuba County Jail and that, as approved by the United States Probation Department, Brandi Pachecco transfer and transport Defendant forthwith and without delay or stopping to the available bed at Wellspace.

The Court further **ORDERS** the Sheriff of Yuba County, the Federal Bureau of Prisons and the United States Marshal to **RELEASE** Defendant to the custody of **Brandy Pachecco** for delivery to Wellspace.

Dated:  October 17, 2023              /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE