|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 17, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MICHAEL BRANDON SPILLERS,

    Defendant.

Case No. 2:18-cr-00263-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  **MICHAEL BRANDON SPILLERS** , Case No. 2:18-cr-00263-JAM , Charge 18 U.S.C. § 3606, from custody for the following reasons:

- ___ Release on Personal Recognizance
- ___ Bail Posted in the Sum of $ _____
  - ___ Unsecured Appearance Bond $ _____
  - ___ Appearance Bond with 10% Deposit
  - ___ Appearance Bond with Surety
  - ___ Corporate Surety Bail Bond
- **X** (Other): **Defendant shall be RELEASED forthwith to the custody of Brandi Pachecco, to be transported to WellSpace.**

DATED: October 17, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE