MICHELE BECKWITH
Acting United States Attorney
KRISTIN F. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00263 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | DATE: July 16, 2025 |
| MICHAEL BRANDON SPILLERS, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**<u>STIPULATION</u>**

1. The above-captioned case is currently set for a Bail Review Hearing on July 16, 2025, at 9:00 a.m. The United States, represented by Assistant United States Attorney Kristin F. Scott, and the defendant, Michael Brandon Spillers ("the defendant") represented by his counsel, Michael D. Long, Esq., hereby stipulate, agree, and request that this Court vacate the July 16 hearing and reset it to July 29, 2025.

2. The parties recently learned that Probation has filed a Superseding Petition against the defendant. This Petition was granted on July 15, 2025. *See* ECF No. 134. The Superseding Petition includes a new allegation relating to unlawful usage of a controlled substance. *Id*. The parties seek to review, investigate, and discuss potential resolutions between themselves and Probation as to (1) the Original Petition (ECF No. 128) and (2) the Superseding Petition (ECF No. 134). However, these discussions necessitate further review and analysis of the violations, their supporting evidentiary

STIPULATION AND [PROPOSED] ORDER        1

materials, and witness statements. The Superseding Petition has been set for an Initial Appearance on Revocation Proceedings on July 29, 2025. *See* ECF No. 134.

3. Moreover, the United States is in the process of obtaining investigative materials that would aid in the decision-making and case preparation by both parties. This includes drug test certificates, incident reports, discussions with Probation and potential witnesses.

4. Receiving and reviewing materials that are directly connected to the actions at issue in the Original and Superseding Petitions is anticipated to assist both parties in determining the next steps in this case, ahead of the July 29 requested hearing date.

5. Probation is in concurrence with this request to reset the next date in the instant case to July 29, 2025.

6. Accordingly, the parties respectfully request that this Court reset the July 16, 2025, bail review hearing in this matter to July 29, 2025.

Respectfully submitted,

Dated: July 15, 2025               MICHELE BECKWITH
                                   Acting United States Attorney

                            By:    /s/ *Kristin F. Scott*
                                   KRISTIN F. SCOTT
                                   Assistant United States Attorney


                                   /s/ *Kristin F. Scott* for
                                   Michael Long
                                   Attorney for Michael Spillers

STIPULATION AND [PROPOSED] ORDER                2

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING upon the agreement and stipulation of the parties, it is so ordered:

The bail review hearing set for July 16, 2025, is hereby vacated. A new bail review hearing is set for July 29, 2025.

**IT IS SO ORDERED.**

Dated: July 15, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE